George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Antoine Pascal*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Antoine Pascal,<br><br>Plaintiff<br><br>v.<br><br>Trans Union LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; WebBank; Capital One, N.A. and Kovo Inc.,<br><br>Defendants | Case No.: 2:25-cv-00314-CDS-EJY<br><br>**Stipulation for dismissal of WebBank with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Antoine Pascal and WebBank stipulate to dismiss Plaintiff's claims against WebBank with prejudice.

///

///
///
///
///

_____

STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 20, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Antoine Pascal*

**MESSNNER REEVES LLP**

/s/ *Karie N. Wilson*
Karie N. Wilson, Esq.
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
*Counsel for WebBank*

Based on the parties' stipulation, WebBank is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITES STATES DISTRICT JUDGE

Dated: May 21, 2025

STIPULATION                                    - 2 -